**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN W. REED
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
sanderson@leachjohnson.com
rreed@leachjohnson.com
*Attorneys for Defendant Springs at*
*Centennial Ranch Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC,<br><br>Defendants. | Case No.:   2:17-cv-01673-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

Plaintiff The Bank of New York Mellon ("Plaintiff") and Defendant Springs at Centennial Homeowners' Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint on June 15, 2017 (#1).  Said Complaint was served on the Association on June 16, 2017.

2. Pursuant to Local Rule, an Answer to the Complaint was due on or before July 7, 2017.

3. Counsel for the Association was notified of the lawsuit on July 12, 2017.

Plaintiff and the Association by and through their counsel hereby agree and stipulate to

allow the Association an extension of time to file its Response to Complaint. Association shall have up to and including August 2, 2017, to file its Response.

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 12th day of July, 2017.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Tenesa Scaturro | /s/ Ryan W. Reed |
| Ariel E. Stern<br>Nevada Bar No. 8276<br>Tenesa Scaturro<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Counsel for Plaintiff* | Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan W. Reed<br>Nevada Bar No. 11695<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Springs at Centennial Ranch Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

Dated this __13th__ day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

-2-