DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:17-cv-01673-JAD-GWF<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>   Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as Nominee Beneficiary for REPUBLIC MORTGAGE, LLC; CLINT HARRIS, an | |

individual; ELIZABETH HARRIS, an individual,

          Counter/Cross Defendants.

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, CLINT HARRIS has been issued [ECF No. 31] that Cross-Defendant, Client Harris is a necessary party; and good cause appearing therefore,

**IT IS ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service on Cross-Defendant, Clint Harris.

Dated this 14th day of \_\_\_\_November\_\_\_, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*