# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47-CV, Mortgage Pass-through Certificates Series 2005-47CB,

Plaintiff

v.

The Springs at Centennial Ranch Homeowners Association, et al.,

Defendants

Case No.: 2:17-cv-01673-JAD-GWF

**Order Denying Motions for Summary Judgment Without Prejudice and Directing Rebriefing**

[ECF Nos. 63, 64, 66, 77]

The Bank of New York Mellon sues the Springs at Centennial Ranch Homeowners Association (HOA) for damages and a declaration that the Bank's deed of trust securing the mortgage on the home at 916 Malibu Sands Avenue in Las Vegas, Nevada, was not extinguished by the HOA's January 2013 non-judicial foreclosure sale to SFR Investments Pool 1, LLC. All parties moved for summary judgment on June 29, 2018. After those motions were filed, the Nevada Supreme Court issued two important decisions in this area of Nevada law: *Bank of America v. SFR Investment Pool 1, LLC*,[1] and *SFR Investments Pool 1, LLC v. Bank of New York Mellon*.[2] Because these cases may materially impact the issues raised in the pending motions for summary judgment, to promote judicial efficiency and ensure that this matter is decided based on the most updated authority available,

IT IS HEREBY ORDERED that the pending motions for summary judgment **[ECF Nos. 63, 64, 66] are DENIED** without prejudice to their refiling no later than October 15, 2018.

---

[1] 134 Nev. Adv. Op. 72 (Sept. 13, 2018).

[2] 422 P.3d 1248 (Aug. 2, 2018).

1

IT IS FURTHER ORDERED that, **before the parties may file those revised motions, they must meet and confer** as defined by Local Rule IA 1-3(f) about each argument contained in the revised motion.  **The new motions for summary judgment must be accompanied by a declaration** by movant's counsel that sets forth the details and results of the meet-and-confer conference and that certifies that, despite good faith efforts, the issues could not be resolved.  If new motions are filed, briefing will proceed under the schedule prescribed by Local Rule 7-2.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Supplemental Authority **[ECF No. 77] is DENIED** as moot.

Dated: September 14, 2018

_____
U.S. District Judge Jennifer A. Dorsey