**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
E-mail: rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Springs at
Centennial Ranch Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB,<br><br>    Plaintiff,<br><br>vs.<br><br>SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-01673-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RENEWED MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff The Bank of New York Mellon ("Plaintiff") and Defendant Springs at Centennial Homeowners' Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

Pursuant to this Court's Order Denying Without Prejudice the previously filed Motions for Summary Judgment, the Plaintiff and the Association have held their initial meet and confer conference and engaged in discussions regarding the arguments that might be contained within a revised motion. The present deadline to file new motions for summary judgment is October 15, 2018. The parties respectfully request two additional weeks, up to and including, Monday, October 29, 2018 to file new motions for summary judgment, if appropriate. This will afford the

-1-

parties additional time to engage in ongoing good faith efforts consistent with this Court's order [ECF #80].

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 15th day of October, 2018.

| AKERMAN LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| /s/ Tenesa S. Powell | /s/ Ryan W. Reed |
| Ariel E. Stern<br>Nevada Bar No. 8276<br>Tenesa S. Powell<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Counsel for Plaintiff* | Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan W. Reed<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Springs at Centennial Ranch Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

Dated this __16th__ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

-2-