ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; CLINT HARRIS; ELIZABETH HARRIS,<br><br>Defendants. | Case No.: 2:17-cv-01673-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR TO FILE RESPONSE**<br><br>[FIRST REQUEST] |

1

46863190;1

SFR INVESTMENTS POOL 1, LLC,

            Counter/Cross Claimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Nominee Beneficiary for REPUBLIC MORTGAGE, LLC; CLINT HARRIS, an individual; ELIZABETH HARRIS, an individual,

            Counter/Cross Defendants.

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB (**BoNYM**), and Defendant SFR Investment Pool 1, LLC (**SFR**) stipulate as follows:

1. BoNYM filed its second motion to for summary judgment on October 15, 2018. [ECF No. 82]. SFR's response is due on November 5, 2018.

2. SFR filed its second motion to for summary judgment on October 15, 2018. [ECF No. 85]. BoNYM's response is currently due on November 5, 2018.

3. The parties hereby stipulate and agree that both SFR and BoNYM shall have until **November 13, 2018** to file their responses in opposition to their respective summary judgement motions.

. . .

. . .

. . .

. . .

2

46863190;1

The requested extension is to allow both counsel an opportunity to adequately and thoroughly respond to the arguments raised in the opposing briefs. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

DATED November 2, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB* | /s/ *Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investment Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated: November 5, 2018.

46863190;1