ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; CLINT HARRIS; ELIZABETH HARRIS,<br><br>Defendants. | Case No. 2:17-cv-01673-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER**<br><br>**(FIRST REQUEST)** |

48939098;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Nominee Beneficiary for REPUBLIC MORTGAGE, LLC; CLINT HARRIS, an individual; ELIZABETH HARRIS, an individual, | |
| Counter/Cross Defendants. | |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB (**BoNYM**), and SFR Investments Pool 1, LLC (**SFR**), hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **June 3, 2019**, to file its response to SFR's motion for partial reconsideration of order (the **motion**), which is currently due on May 20, 2019, pursuant to ECF No. 108. SFR's motion was filed on May 6, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

48939098;1

*The Bank of New York Mellon vs. Springs at Centennial Ranch Homeowners Association*
*2:17-cv-01673-JAD-GWF*

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The extension is requested to give counsel an opportunity to meaningfully respond to the arguments raised in the motion.

DATED this 17th day of May, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB* | */s/ Jason Martinez* <br> DIANA S. EBRON ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L HANKS, ESQ. <br> Nevada Bar No. 9578 <br> JASON G. MARTINEZ, ESQ. <br> Nevada Bar No. 13375 <br> 376 E. Warm Springs Road, Suite 140 <br> Las Vegas, NV 89119 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated: May 20, 2019.

3

48939098;1