ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; CLINT HARRIS; ELIZABETH HARRIS,<br><br>Defendants. | Case No. 2:17-cv-01673-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(THIRD REQUEST)** |

54816771;1

| | |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, |
| 2 | Counter/Cross Claimant, |
| 3 | vs. |
| 4 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-47CB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Nominee Beneficiary for REPUBLIC MORTGAGE, LLC; CLINT HARRIS, an individual; ELIZABETH HARRIS, an individual, |
| 11 | Counter/Cross Defendants. |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB (**BoNYM**), and SFR Investments Pool 1, LLC (**SFR**), by and through their counsel of record, reached a settlement in principle to resolve the parties' claims, as indicated in the parties' stipulation on April 30, 2020. (*See* ECF No. 126). Based on this agreement, the parties stipulated to extend the deadline to file the joint pre-trial order by 90 days, until July 30, 2020. (*Id.*). The parties subsequently agreed to extend the deadline an additional 60 days, until September 28, 2020. (ECF No. 128). These extensions were to allow SFR to perform a condition precedent to the global settlement between SFR and Bank of America, which encompasses the property at issue in this litigation.

Due to the ongoing Covid-19 crisis, SFR has not yet completed the settlement condition precedent, and Bank of America has agreed to extend the time to complete it. The parties therefore stipulate and agree to extend the deadline to file the joint pre-trial order by an additional sixty (60) days to November 27, 2020. The parties anticipate this extension will be sufficient for SFR to complete the condition precedent to the settlement. To the extent there are any issues with the settlement going forward, the parties will proceed to trial.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

This is the parties' third request to extend the pre-trial order deadline and is not intended to cause any delay or prejudice to any party.

DATED this 28th day of September, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB* | */s/ Karen L. Hanks* <br> DIANA S. EBRON ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> JASON G. MARTINEZ, ESQ. <br> Nevada Bar No. 13375 <br> 376 E. Warm Springs Road, Suite 140 <br> Las Vegas, NV 89119 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:17-cv-01673-JAD-EJY

DATED: September 29, 2020

3

54816771;1