DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-47CB,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:17-cv-01673-JAD-EJY<br><br>**Stipulation and Order Staying Action**<br><br>ECF No. 131 |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-47CB, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-47CB; MORTGAGE ELECTRONIC | |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

REGISTRATION SYSTEMS, INC. as Nominee Beneficiary for REPUBLIC MORTGAGE, LLC; CLINT HARRIS, an individual; ELIZABETH HARRIS, an individual,

                Counter-/Cross- Defendants.

PLEASE TAKE NOTICE that plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-47CB, Mortgage Pass-Through Certificates, Series 2005-47CB (BoNYM) and defendant SFR Investments Pool 1, LLC (SFR) (collectively, the Parties) have reached a settlement as to all claims between the Parties. The agreement is part of a more global settlement between SFR and Bank of America, N.A. (BANA) that includes multiple properties, including the Property at issue in this case.

SFR and BANA have worked diligently to get the settlement finalized, but due to continuing COVID-19 issues there have been delays in completing a condition precedent to settlement. The most recent signed agreement provides for full resolution of the condition precedent on or before May 5, 2021.

Based on the foregoing, the Parties agree to stay litigation while the Parties determine if the condition precedent occurs. Accordingly, the Parties stipulate to stay further proceedings until June 1, 2021 and either reset the deadline for the pre-trial order or set a status check in the event BoNYM and SFR have not dismissed the claims against each other.

///

- 2 -

Should the Court grant the Parties' request to stay proceedings, the Parties reserve the right to petition the Court and/or stipulate to lift the stay prior to its expiration.

DATED this 1st day of December, 2020.

**KIM GILBERT EBRON**

/s/ *Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 1st day of December, 2020.

**AKERMAN LLP**

/s/ *Nicholas E. Belay*
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of New York Mellon*

### ORDER

Based on the parties' stipulation **[ECF No. 131]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS STAYED for all purposes until June 1, 2021, and all deadlines are vacated. The **Clerk of Court** is directed to **ADMINISTRATIVELY CLOSE THIS CASE**.

The parties will need to move to lift this stay along with any stipulation to dismiss.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 2, 2020

- 3 -